IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 2:09-157 |
| | ) | |
| vs. | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(A) |
| **BENJAMIN RICHARDSON** | ) | 21 U.S.C. § 841(b)(1)(C) |
| a/k/a "Ben Dog" | ) | |
| | ) | **INDICTMENT** |
| | ) | |
| | ) | |

## COUNT 1

THE GRAND JURY CHARGES:

That on or about January 8, 2009, in the District of South Carolina, the defendant, **BENJAMIN RICHARDSON a/k/a "Ben Dog"**, knowingly, intentionally, and unlawfully did possess with intent to distribute 50 grams or more of cocaine base (commonly known as "crack" cocaine) and a quantity of cocaine, both Schedule II controlled substances;

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 841(b)(1)(C).

A _____True_____ BILL

_____
FOREPERSON

W. WALTER WILKINS (PTP)
UNITED STATES ATTORNEY