IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO.: 2:09-157 |
| | ) |
| vs. | ) |
| | ) **ORDER FOR BENCH WARRANT** |
| **BENJAMIN RICHARDSON** | ) |
| a/k/a "Ben Dog" | ) |

The Clerk of Court is hereby directed to issue a warrant for the above-named defendant, as requested by the United States Attorney. Amount and conditions of bond, if any, to be set by the Judicial Officer before whom the defendant initially appears.

_____
BRISTOW MARCHANT
UNITED STATES MAGISTRATE JUDGE

Charleston, South Carolina

February 11, 2009

I SO MOVE:

W. WALTER WILKINS
UNITED STATES ATTORNEY

By: _____
Peter T. Phillips, Sr. (# 08075)
Assistant U.S. Attorney
P.O. Box 978
Charleston, SC 29402
Tel. (843) 266-1669