v. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of ___South Carolina___

RECEIVED 2009 FEB 17 AM 11: 1L

| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
|---|---|
| V. | Case Number: 2:09-157 |
| BENJAMIN RICHARDSON a/k/a "Ben Dog" | **ORIGINAL** |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___BENJAMIN RICHARDSON, a/k/a "Ben Dog"___
                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court

☐ Pretrial Release Violation Petition   ☐ Probation Violation Petition   ☐ Supervised Release Violation   ☐ Violation Notice

charging him or her with (brief description of offense)
For charges, see attached indictment. A copy of the Indictment is attached for service upon the Defendant.

☑ in violation of Title __21__

United States Code, Section(s) __841(a)(1), 841(b)(1)(A), and 841(b)(1)(C)__

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| LARRY W. PROPES | [signature] |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| CLERK OF COURT | 2/11/09     Charleston, SC |
| Title of Issuing Officer | Date and Location |



**RETURN**

This warrant was received and executed with the arrest of the above-named individual at
Charleston, SC

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 2/24/09 | Michael [illegible] DEA - TFO | [signatures] |